IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 20-mj-0041-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADLEY R. MCGRAW,

    Defendant.

## ORDER

    This matter is before the court on "Notice of Change of Disposition and Ex Parte Motion to Vacate Trial Date" [Doc. No. 21] filed September 15, 2020.

    The parties have set forth in summary fashion, a proposition for a pre-trial diversion disposition in this matter. The court, in principle, has no issues pursuing a court approved disposition generally along these lines but notes that pre-trial diversion has not been utilized in this court previously.

    The diversion suggested by the parties, however, is similar to a deferred prosecution with which this court is more familiar. The primary difference is that in this case active supervision by the Probation Department will be undertaken. Presumably the supervision would have certain parameters and obligations attendant thereto.

    Because the procedure promoted by the parties herein is not common, the court requires a

personal appearance by counsel for both sides, the defendant in person and representation by a member of the Probation Department, to discuss the parameters of the agreement and to ensure that all parties are in agreement as to the responsibilities of each participant.

Therefore, it is **ORDERED**

The motion is **granted in part and denied in part** as follows:

1. The motions hearing scheduled for September 18, 2020 at 9:00 a.m. is **VACATED.** The Motion to Suppress [Doc. No. 11], at the request of the parties, will remain pending.

2. The parties shall prepare a plan for pre-trial diversion, a signed agreement concerning all the terms of the supervised probation which will be incorporated into the diversion process and a signed Deferral of Prosecution agreement.   The Probation Office for the District of Colorado must, by signing the documents, agree to undertake the supervision of the defendant in accordance with the terms of the diversion/deferral plan should the court agree with the disposition.  **All the signed documentation shall be filed with the court on or before October 14, 2020.**

3. A disposition hearing is scheduled for **October 21, 2020 at 11:00 a.m.**   All parties shall attend in person at the United States District Court, 212 N. Wahsatch, Colorado Springs, CO.   A representative from the U.S. Probation Department familiar with the terms of the diversion/deferral plan will also attend the hearing.

4. The motion to vacate the trial setting of February 5, 2020 is **DENIED** at this time, pending successful completion of the contemplated deferral/diversion paperwork and

concurrence by the court on October 21, 2020.

Dated September 15, 2020.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge